UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK and DERINDA GARLICK,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>    Defendant(s). | No. C09-5015 BZ<br><br>**ORDER REFERRING CASE TO ADR** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: December 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GARLICK V. AMERICAN HOME MORTG\ADR REFERRAL LTR RE PHONE CONF.wpd

1