1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY GARLICK and DERINDA GARLICK, | ) ) ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | No. C09-5015 BZ |
| v. | ) ) | **ORDER REFERRING CASE TO ADR** |
| AMERICAN HOME MORTGAGE SERVICING, INC., et al., | ) ) ) | |
| Defendant(s). | ) ) | |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a telephone conference with the parties and make a recommendation to the Court for further proceedings.

Dated: December 7, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\GARLICK V. AMERICAN HOME MORTG\ADR REFERRAL LTR RE PHONE CONF.wpd

1