UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK and DERINDA GARLICK, <br> Plaintiff, <br> v. <br> AMERICAN HOME MORTGAGE SERVICING INC., et al., <br> Defendants. | No. C09-5015 BZ <br><br> **ORDER REFERRING CASE TO MEDIATION** |

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a mediation as soon as possible.

Dated: December 22, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-bzcases\wong\ref.ord