UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY GARLICK and DERINDA GARLICK,

       Plaintiff,

  v.

AMERICAN HOME MORTGAGE SERVICING INC., et al.,

       Defendants.

No. C09-5015 BZ

**ORDER REFERRING CASE TO MEDIATION**

**IT IS HEREBY ORDERED** that this matter is referred to the ADR Department to schedule a mediation as soon as possible.

Dated: December 22, 2009

                          Bernard Zimmerman
                   United States Magistrate Judge

g:\bzall\-bzcases\wong\ref.ord