UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK and DERINDA GARLICK,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC., et al.,<br><br>　　　　Defendant(s). | No. C09-5015 BZ<br><br>**ORDER RE CONSENT** |

Defendants' motion to dismiss is scheduled for hearing on February 3, 2010. To allow that hearing to proceed as scheduled, each side must consent to or decline magistrate judge jurisdiction. The forms may be found on the court's website at: http://www.cand.uscourts.gov. **IT IS THEREFORE ORDERED** that all parties shall consent to or decline magistrate judge jurisdiction by **January 22, 2010**, or this matter will be reassigned.

Dated: January 13, 2010

　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\GARLICK V. AMERICAN HOME MORTG\ORDER RE CONSENT.wpd

1