UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK and DERINDA GARLICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN HOME MORTGAGE SERVICING INC., et al.,<br><br>　　　　Defendant. | No. C09-5015 BZ<br><br>**ORDER FOR REASSIGNMENT** |

Plaintiffs having failed to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 25, 2010

　　　　　　　　　　　　　　　　/s/ Bernard Zimmerman
　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\GARLICK V. AMERICAN HOME MORTG\REASSIGNMENT.ORD.wpd

1