UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK and DERINDA GARLICK, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOME MORTGAGE SERVICING INC., et al., <br><br> Defendant. | No. C09-5015 BZ <br><br> **ORDER FOR REASSIGNMENT** |

Plaintiffs having failed to consent to or decline magistrate judge jurisdiction, **IT IS ORDERED** that the clerk shall **REASSIGN** the above-captioned case immediately.

Dated: January 25, 2010

                                       Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\GARLICK V. AMERICAN HOME MORTG\REASSIGNMENT.ORD.wpd

1