IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK AND DERINDA GARLICK, | No C 9-5015 VRW |
| Plaintiff, | ORDER |
| v | |
| AMERICAN HOME MORTGAGE SERVICING, INC; MORTGAGE PROCESS CENTER; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; LIS MORTGAGE CORPORATION; BRIAN OLIVER CANADA; DAVID GALLEGOS and DOES 1-20, inclusive, | |
| Defendants. / | |

Defendants American Home Mortgage Servicing Inc and Mortgage Electronic Registration System Inc moved to dismiss plaintiffs' complaint on December 1, 2009. Doc #5. Plaintiffs have not filed an opposition to the motion, and the deadline for doing so has passed.

\\

Plaintiffs are accordingly ORDERED to SHOW CAUSE in writing on or before February 12, 2010 why defendants' motion to dismiss should not be granted. Failure to respond to this order on or before February 12, 2010 shall be deemed grounds to dismiss the case pursuant to FRCP 41(b).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge