**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY GARLICK AND DERINDA GARLICK, | No C 9-5015 VRW |
| Plaintiff, | ORDER |
| v | |
| AMERICAN HOME MORTGAGE SERVICING, INC; MORTGAGE PROCESS CENTER; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; LIS MORTGAGE CORPORATION; BRIAN OLIVER CANADA; DAVID GALLEGOS and DOES 1-20, inclusive, | |
| Defendants. / | |

On February 26, 2010, plaintiffs filed an amended complaint alleging six state law claims. Doc #24. The allegations in the complaint do not suggest a basis for the court to exercise its diversity jurisdiction. Id at 2-3. The complaint thus fails to allege a basis for federal jurisdiction. See 28 USC §§ 1331, 1332.

\\

Plaintiffs are accordingly ORDERED to SHOW CAUSE in writing on or before March 12, 2010 why the case should not be dismissed for lack of subject matter jurisdiction. Failure to respond to this order or failure to show cause shall be deemed grounds to dismiss the action.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge