IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY GARLICK AND DERINDA GARLICK, | No   C 9-5015 VRW |
| Plaintiff, | ORDER |
| v | |
| AMERICAN HOME MORTGAGE SERVICING, INC; MORTGAGE PROCESS CENTER; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC; LIS MORTGAGE CORPORATION; BRIAN OLIVER CANADA; DAVID GALLEGOS and DOES 1-20, inclusive, | |
| Defendants. / | |

On February 26, 2010, plaintiffs filed an amended complaint alleging six state law claims and no federal claims. Doc #24. The allegations in the complaint do not suggest a basis for the court to exercise its diversity jurisdiction. Id at 2-3. The complaint thus fails to allege a basis for federal jurisdiction. See 28 USC §§ 1331, 1332.

Accordingly, on March 1, 2010 the court ordered plaintiffs to show cause why the case should not be dismissed for

1 lack of jurisdiction. Doc #25. Plaintiffs state they do not
2 oppose dismissal. Doc #26. Where, as here, plaintiffs seek to
3 invoke a federal forum but fail in their pleadings to allege any
4 substantive ground for federal jurisdiction, the court has no
5 jurisdiction to allow leave to amend. See <u>Morongo Band of Mission
6 Indians v California State Bd of Education</u>, 858 F2d 1376, 1380 n3
7 (9th Cir 1988). Accordingly, the only appropriate course is to
8 dismiss the case.
9     For the reasons explained above, the case is hereby
10 DISMISSED. The clerk is DIRECTED to terminate all motions and
11 close the file.

13     IT IS SO ORDERED.

16     VAUGHN R WALKER
    United States District Chief Judge